IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No:** 1:17-cv-764

**ALEXZANDER GRODNEY,**

        Plaintiff,

v.

**COLLECTION MANAGEMENT SYSTEMS, CORP.,**

        Defendant.

## ORDER RE JOINT DISMISSAL OF ACTION WITHOUT PREJUDICE

Pursuant to the Parties' Stipulation [ECF NO. 23.], and for good cause, this action is dismissed WITHOUT PREJUDICE with each party to bear its own costs and attorneys' fees.

Dated: October 15, 2018

                                              HONORABLE R. BROOKE JACKSON
                                        UNITED STATES DISTRICT COURT JUDGE